```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08
```

PRESKA, S.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

E. ARMATA, INC.
and A&J PRODUCE CORP.

        Plaintiffs

v.

JHONNY PARRA, a/k/a
JHONY PARRA, JOHNNY PARRA and
J&A PRODUCE

        Defendant

Civil No. 08cv7825 (LAP)

**ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND TEMPORARY RESTRAINING ORDER**

Upon the affidavit of Christopher Armata, the President of E. Armata, Inc., and the Attorney Certification Why Notice Should Not Be Required Pursuant To Rule 65(b), and upon the copy of the complaint hereto and pleadings in support, annexed, it is

**ORDERED**, that the above-named defendant show cause before a motion term of this Court, Room 12A, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007-1312, on September 17, 2008 at 9:00 o'clock a.m., as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant, his customers, agents, assigns, and banking institutions, during the pendency of this action from alienating, dissipating, paying over or assigning any assets of Jhonny Parra, a/k/a Jhony Parra, Johnny Parra and J&A Produce or his related companies except for payment to plaintiffs until further order of this Court or until defendant pays plaintiffs the aggregate amount of $88,487.70 by cashier's check or certified check, at which time this Order is dissolved; and it is further

**ORDERED**, that, sufficient reason having been shown therefore, pending the hearing of plaintiffs' application for a preliminary injunction, pursuant to Rule 65, Fed. R.

- 1 -

Civ. P., the defendant, his customers, agents, assigns, and banking institutions are temporarily restrained and enjoined from alienating, dissipating, paying over or assigning any assets of Jhonny Parra, a/k/a Jhony Parra, Johnny Parra and J&A Produce or his related companies except for payment to plaintiffs until further order of this Court or until defendant pays plaintiffs the aggregate amount of $88,487.70 by cashiers check or certified check, at which time this Order is dissolved; and it is further

**ORDERED** that bond shall be waived in view of the fact that defendant now holds the aggregate amount of $88,487.70 worth of plaintiffs' assets; and is further

**ORDERED** that service of a copy of this order and annexed affidavit by Federal Express or other nationally recognized overnight delivery service upon defendant or his counsel on or before _September 9_____, 2008 at _5:00_ o'clock p.m., shall be deemed good and sufficient service thereof. _Opposition papers shall be filed and received by counsel no later than noon on September 15, reply at argument. Courtesy copies shall be delivered to chambers at or about the same time as filing_

DATED: _September 8, 2008_ New York, New York

ISSUED: _4:00 p.m._

_Loretta A. Preska_
United States District Judge